IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No. 24-cv-502

SARAH HOBAN,

    Defendant,

AQUA AIRE, LLC,

    Garnishee Defendant.

---

### ORDER DISMISSING GARNISHMENT

---

Upon the motion of the United States of America requesting dismissal of the garnishment in the above-entitled matter based on the defendant making all payments that are due as of the date of this Order,

IT IS HEREBY ORDERED that the garnishment be dismissed and the garnishee continue to make all payments that have been agreed to by the parties.

Entered this 8th day of December, 2025.

BY THE COURT:

_____
WILLIAM M. CONLEY
United States District Judge